requested, with respect to a certain minor aspect of the evidence. In the context of the case as a whole we think the failure so to instruct did not constitute reversible error.

Affirmed.

---

Manuel BRAUNSTEIN et al., t/a Power Produce Company, Appellants,

v.

Hunter SMITH et al., Appellees.

No. 14434.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 19, 1958.

Decided Nov. 26, 1958.

Mr. Thomas S. Jackson, Washington, D. C., with whom Messrs. Robert M. Gray and Martin R. Fain, Washington, D. C., were on the brief, for appellants.

Mr. Rex K. Nelson, Washington, D. C., with whom Mr. Eugene X. Murphy, Washington, D. C., was on the brief, for appellees.

Before REED, Associate Justice of the Supreme Court, retired,* and BAZELON and FAHY, Circuit Judges.

PER CURIAM.

The appeal by defendant is from a judgment entered upon a jury verdict in favor of plaintiffs for damages due to injuries suffered in an automobile collision. The question is essentially whether it was reversible error for the trial court to refuse to instruct the jury, as

Joseph O. JANOUSEK, Appellant

v.

Elizabeth S. CHATTERTON, Effie D. Chatterton, and Eleanor C. Forsythe, Appellees.

No. 14448.

United States Court of Appeals District of Columbia Circuit.

Submitted Nov. 26, 1958.

Decided Dec. 4, 1958.

Mr. Joseph O. Janousek, Washington, D. C., appellant pro se, submitted on the brief for appellant.

Mr. S. Churchill Elmore, Washington, D. C., submitted on the brief for appellees.

Before EDGERTON, BAZELON and BURGER, Circuit Judges.

PER CURIAM.

A judgment creditor appeals from an order of partial satisfaction of a judgment, entered on a motion filed by the judgment debtor pursuant to Rule 60(b) (5), F.R.Civ.P., 28 U.S.C.A. We find no error.

Affirmed.

---

* Sitting by designation pursuant to the provisions of Sec. 294(a), Title 28, U.S.Code.